IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGS LIGHTING MANAGEMENT LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. ) |
| JESCO LIGHTING GROUP, LLC, | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff AGS Lighting Management LLC ("Plaintiff" or "AGS Lighting") files this Complaint for Patent Infringement against Defendant Jesco Lighting Group, LLC ("Defendant" or "Jesco") and in support states as follows:

## NATURE OF THE ACTION

1. This is a patent infringement action brought under 35 U.S.C. § 271 arising from Jesco's infringement of AGS Lighting's United States Patent No. 11,751,302 ("the '302 patent) by the manufacture, use, offer to sell, sale of and/or importation into the United States of modular connectable linear lighting fixtures with adjustable color temperature and brightness, including the Jesco LIN Product line. Jesco uses AGS Lighting's patented technology without authorization. AGS Lighting brings this action to remedy Jesco's infringement of AGS Lighting's innovative, patented technology.

## THE PARTIES

2. Plaintiff AGS Lighting is a Texas limited liability company with its principal place of business at 14701 Saint Mary's Lane, Suite 625, Houston, TX 77079.

3. On information and belief, Defendant Jesco is a limited liability company organized and existing under the law of the state of Delaware having a principal place of business at 15 Harbor

1

Park Dr, Port Washington, NY 11050. It can be served through its registered agent at Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware, 19808.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this action asserted herein under the Patent Laws of the United States, United States Code, Title 35. This is an action for patent infringement that arises under the patent laws of the United States, 35 U.S.C. § 271, *et seq*.

5. This Court has original subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has general personal jurisdiction over Jesco because on information and belief, it is a Delaware entity. Moreover, on information and belief, Jesco has conducted business in this District, purposely availing itself of the benefits of doing business in the state of Delaware.

7. Venue properly lies in this District under 28 U.S.C. § 1400(b) because, on information and belief, Jesco resides in this District and has committed acts of infringement in this District.

## AGS LIGHTING'S INNOVATIVE LINEAR-STYLE LED LIGHTING TECHNOLOGY

8. On September 5, 2023, the United States Patent and Trademark Office duly issued U.S. Patent No. 11,751,302, entitled "Controlling Color Temperature and Luminance in Linear LED Fixtures." A true and correct copy of the '302 patent is attached hereto as Exhibit 1.

9. Linear lighting is a popular lighting option for many commercial spaces such as offices, stores, hospitals, and warehouses. The history of the linear lighting fixture can be traced back to the early 1900s when fluorescent lamps were first invented. Fluorescent lamps were a significant improvement over incandescent lamps, as they were more efficient and produced less heat. The long, narrow shape of the fluorescent tube gave rise to the linear light fixture.

10. In the 1950s, linear lighting became a popular fixture choice in many applications, including offices, schools, libraries, warehouses, retail and healthcare facilities. This popularity was

primarily due to the development of new fluorescent lamps that were more efficient and longer-lasting. Linear fluorescent lighting was also becoming more affordable, making it a more attractive option for businesses.

11. In the 1970s, linear fluorescent lighting began to make its way into homes. This move into residential settings was partly due to the increasing popularity of open floor plans, which required more flexible lighting solutions. Linear fluorescent lighting was also considered a more energy-efficient alternative to incandescent lighting. Due to environmental concerns, recent legislation has led to the ban of the sale of fluorescent lighting applications in some states, and in 2023, 147 countries pledged to ban the sale of fluorescent lighting by 2027.

12. Because LED technology is viewed as a clean lighting alternative to fluorescent lighting and is more efficient and requires less maintenance, linear LED lighting began to replace fluorescent linear lighting. Modern linear LED lighting uses a linear shape luminaire that is a long thin strip of lights to illuminate a room. Linear lighting fixtures with LEDs were notably more efficient than fluorescent lamps, much longer lasting, and produced a more natural light quality. This efficiency and light quality made LEDs ideal for use in linear lighting fixtures, and LED linear lighting quickly replaced fluorescent linear lighting in many applications.

13. Earlier LED linear lighting came from the factory with a particular hue of light, such as daylight, bright white, or soft white. This hue is referred to as the "color temperature" and is generally expressed in units of Kelin (K). Earlier LED linear lighting also came from the factory with a set level of brightness, which is typically expressed in units of lumens. Further, LED linear lighting may be manufactured in custom lengths.

14. Although it is desirable for users of LED lighting to have the ability to select specific options for color temperature, brightness, and unit length, this leads to increased work for manufacturers and warehouses storing such products. For example, if an LED linear lighting system

3

is available in three color temperatures, four brightnesses, and three different lengths, the manufacturer must make thirty-six different lighting fixtures, and the warehouse would need to stock and store all of these combinations. If various combinations were not premade, then it could take weeks to produce the customer's desired lighting combination on-demand. Often, however, customers need and expect their desired lighting within the same week or sooner. The manufacturer is then required to keep a stock of each combination on-hand to meet customer demand within the customer's expected time frame.

15. The inventors of the '302 patent, Peter DallePezze and Andrew Svendsen, have worked in the lighting industry collectively for over 40 years. The inventors of the '302 patent recognized that with careful engineering, linear light fixtures could be made with *selectable* color temperature and brightness. In this way, the number of combinations of linear lighting fixtures that a manufacturer would need to stock in the prior example could be reduced from thirty-six to four, or one for each standard length of LED linear fixture. But the ability to have selectable color temperature and brightness does not fully solve the problem. LED lights cannot be powered straight from AC wall power. Instead, the AC power must first be converted to DC power. To convert AC to DC power, a driver is provided with the LED lighting fixture. But the DC power for a four-foot fixture with a color temperature/brightness combination is different from the DC power for an eight-foot fixture with the same color temperature/brightness combination. If an installer used the DC power supply for the eight-foot fixture with the four-foot light, the output of the four-foot fixture would be too bright. This would be especially noticeable if the incorrectly-powered four-foot fixture was installed near a correctly-powered eight-foot fixture.

16. As the desire to use long continuous runs of LED lights in commercial spaces grew in popularity, the need arose for different lengths of LED fixtures to be connected together but still have the same color temperature and lumen output.

17. Thus, the inventors of the '302 patent recognized the limitations of light fixtures that employed LED luminaires at the time in that they were typically custom manufactured to be a specified length and produce light at a specific color temperature and a particular lumen output. With those types of custom LED fixtures, the light produced was limited to a particular color temperature and lumen output. The inventors also recognized that there was a need for modular linear fixtures in which the color temperature and the lumen output could be adjusted and where additional LED fixtures could be coupled together to form long runs for lighting installations.

18. The '302 patent generally relates to a linear light-emitting diode (LED) lighting apparatus with a first plurality of LEDs with a first color temperature and a second plurality of LEDs with a second color temperature. The linear lighting apparatus has a driver circuit that outputs a plurality of currents to the first plurality of LEDs, the second plurality of LEDs, or both. In this way, the '302 patent provides a modular linear lighting apparatus with both adjustable color temperature and brightness.

19. As the '302 patent teaches, the liner light fixture may have two distinct strings of LEDs, each with a different color temperature. For example, the '302 patent describes an embodiment where a first LED string has a color temperature of 3000 Kelvin and the second LED string has a color temperature of 4000 Kelvin. The linear light fixture of the '302 patent includes a switch assembly that may direct current to one or both of the strings of LEDs, thereby changing the color temperature emitted from the light fixture. The '302 patent further teaches that "the switch assembly may include an additional switch to control a luminance or a lumen level output by the linear LED light fixture." The '302 patent explains that "[t]he lumen level output of an LED may depend on the amount of current it receives. That is, as the current provided to the LED increases, the amount of luminance produced by the light output by the respective LED increases." In this way,

the '302 patent teaches a linear lighting fixture with a driver circuit to control both the color temperature and lumen output of the lighting fixture.

20. The '302 patent further explains that the switching of both color temperature and lumen output allows for a linear light fixture maker to manufacture "modules with various lengths such that each module may coordinate with other modules to form larger modules or operate separately as independent light fixtures." The modules can be combined to meet a customer's specific needs with adjustments for both color temperature and lumen output, and the color temperature and lumen output can match for the finished, connected linear run, regardless of the length of the individual modules that are connected together.

21. Figure 2 from the '302 patent is a block diagram of an electrical assembly (labeled as 40) with a driver circuit (20), switch assembly (22), and LED array (16).



22. The '302 patent has been in full force and effect since its issuance. AGS Lighting owns by assignment the entire right, title, and interest in and to the '302 patent, including the right to

seek damages for past, current, and future infringement thereof. The '302 patent is valid and enforceable.

## JESCO'S INFRINGING PRODUCTS

23. AGS Lighting is aware that Jesco is offering modular linear lighting fixtures with adjustable color temperature and brightness ("Accused Jesco Products"). As one example, Jesco is offering the LIN SLIM lighting fixtures for sale in the United States and/or selling the LIN SLIM lighting fixtures in the United States based on Jesco's website and Jesco's marketing materials.

24. Jesco uses the claimed invention of the '302 patent to provide modular linear lighting systems that have adjustable color temperature and brightness. For example, each of the Jesco LIN SLIM fixtures "employ high output, 90+ CRI LEDs binned to a 3-Step MacAdam ellipse to ensure output uniformity and highest color rendering, especially important for any color-critical applications like retail showrooms, galleries, hospitality, offices, libraries, or architectural residential spaces." Ex. 2 at 3. Jesco documentation further states that "[m]ultiple lengths of LIN SLIM fixtures can be connected to form a continuous line of light, scalable up to 80 ft." Ex. 2 at 3.

25. Each of the Jesco LIN SLIM fixtures "features an easily accessible on-board selectable Color Temperature setting of 3000K/3500K/4000K on each fixture." Ex. 2 at 3. Not only is the color temperature adjustable, but "a 7-level Wattage Selector ranging from a max of 100% at full brightness to 0% at the Off position can be set to the desired lumen output for the application prior to installation." Ex. 2 at 3. Both color temperature and lumen output are selectable by switches shown below.



Ex. 2 at 3.

26. LIN SLIM fixtures are referred to by various names, such as LINSL-DI in certain Jesco documents.

## COUNT I—PATENT INFRINGEMENT OF THE '302 PATENT

27. AGS Lighting re-alleges the foregoing paragraphs as if fully set forth herein.

28. Jesco directly infringes, either literally or under the doctrine of equivalents, at least claims 1, 10, and 18 of the '302 patent, for example, by making, using, selling, and/or offering to sell and/or importing the Accused Jesco Products, including, for example, the LIN SLIM lighting fixtures. For example, claim 1 of the '302 patent is recited below, along with non-limiting bracketed annotations and pictures providing preliminary details of Jesco's infringement:

**1. A linear light-emitting diode (LED) lighting apparatus, comprising:**

**an array of light emitting diodes (LEDs) having a first length,** [*for example, the Jesco LIN SLIM lighting fixture has an array of LEDs and the Jesco LIN SLIM*

8

*lighting fixture comes in fixed lengths. Jesco documentation lists available lengths as 24 1/2", 47 ¼", 70 7/8", 94 ½"*]



Ex. 4 at 1.



https://www.youtube.com/watch?v=mBhPbheGd_4 at 0:21.

**wherein the array of LEDs comprises:**

**a first plurality of LEDs configured to produce a first light having a first color temperature, wherein the first plurality of LEDs aligns within a first linear shape;**

9



Ex. 5 at 1.

> [*for example, on information and belief, each of the Accused Jesco Products has a first plurality of LEDs with a color temperature of 3000K and in a first linear shape. This is supported by Jesco technical documentation.*]

JESCO's **LIN Slim** Series is a versatile linear lighting system with a modern aesthetic, offering a uniform light distribution that meets a variety of design needs, whether the project calls for pendant mounting, wall mounting, recessed mounting, or a combination thereof. The LIN Series of extra-rigid sleek aluminum housing in 8ft, 6ft, 4ft, and 2ft lengths, may be easily connected to form long linear runs. Straight runs can be combined with preassembled lit-connectors in X, L, T, V, and Y configurations to create intricate patterns and forms. An easily accessible, on-board CCT and a wattage toggle switch allow installer to select and later change between 3000K/3500K/4000K color temperatures and 7 steps of wattage DIRECT and INDIRECT control for desired lumen output for the application. An optional 80FT rollable opal polycarbonate lens offers seamless and perfect diffusion for joint linear fixtures.

Ex. 5 at 1.

> **a second plurality of LEDs configured to produce a second light having a second color temperature different from the first color temperature, wherein the second plurality of LEDs align within a second linear shape;**
>
> [*for example, on information and belief, each of the Accused Jesco Products has a second plurality of LEDs with a color temperature of 4000K and in a second linear shape. That the second plurality of LEDs have a color temperature of 4000K is shown because that is the maximum color temperature output of the Accused Jesco Products and, on information and belief, color temperatures between the color temperatures of the first and second plurality of LEDs are produced using a combination of the first and second plurality of LEDs. This is shown by the same Jesco documentation shown above for the first plurality of LEDs.*]
>
> **a driver circuit configured to output a plurality of currents;**
>
> [*for example, each of the Accused Jesco Products has driver circuit to output a plurality of currents. For example, Jesco documentation shows that both the color temperature and the light output of the fixtures can be adjusted which on information and belief requires different currents to be provided to the first and/or second set of LEDs.*]

"JESCO's LIN Slim Series . . . [includes] [a]n easily accessible, on board CCT and wattage toggle switch [that] allow[s the] installer to select and later change between 3000K/3500K/4000K color temperature and 7 steps of wattage DIRECT or INDIRECT control for desired lumen output for the application." Ex. 5 at 1.

**a switch assembly configured to couple to the driver circuit, wherein the switch assembly comprises:**

**a first switch configured to cause the driver circuit to output one of the plurality of currents;**

**a second switch configured to cause the one of the plurality of currents to couple to the first plurality of LEDs, the second plurality of LEDs, or both; and**

[*for example, each of the Accused Jesco Products includes a switch assembly configured to couple to the driver circuit with a first switch and a second switch. The switch assembly includes at least the "on-board Color Temperature and Light Output Selector" that allows the user to change the color temperature and the brightness of the fixture.*]



An on-board Color Temperature and Light Output Selector provides on-site adjustability. Color Temperature can be set at 3000K, 3500K or 4000K. The Light Output Selector offers 7 preset levels for Direct Fixtures: 100% full brightness, 93%, 80%, 67%, 53%, 40%, and 0% Off. The Direct/Indirect fixtures have 7 preset levels for Downlighting/Uplighting: 100% Downlight/0% Uplight, 70% Downlight/30% Uplight, 60%/40%, 50%/50%, 40%/60%, 30%/70%, and 0% Downlight/100% Uplight. These settings can be changed anytime.

Ex. 2 at 3.



https://www.youtube.com/watch?v=mBhPbheGd_4 at 0:28.



https://www.youtube.com/watch?v=X5RSmRpTO3Q at 0:42.

12

**wherein the linear LED lighting apparatus is configured to electrically couple to an additional linear LED lighting apparatus having a second length different than the first length by a scale factor,**

[*for example, each of the Accused Jesco Products is configured to be coupled to other Jesco fixtures of different lengths (2, 4, 6, and 8 ft) by a scale factor. For example, a 2-foot fixture is configured to electrically couple to an 8-foot fixture, where the two are different lengths based on a scale factor of 4.*]

The LIN Series is a versatile linear lighting system offering modern aesthetics with a uniform light distribution that meets a variety of design needs – whether the application requires a fixture that is pendant-mounted, surface-mounted, wall-mounted or a combination, the LIN Series of 8', 6', 4', 3' and even 2-foot lengths may be easily connected to form long, linear runs.

Ex. 6 at 1.



Ex. 3 at 25.



https://www.youtube.com/watch?v=X5RSmRpTO3Q at 2:34.

**wherein the additional linear LED lighting apparatus is configured to produce a third light having the first color temperature via a third plurality of LEDs or a fourth light having the second color temperature via a fourth plurality of LEDs.**

[*for example, as discussed above, an additional Accused Jesco Product coupled to the first fixture is configured to produce a third light having the first color temperature via a third plurality of LEDs or a fourth light having the second color temperature via a fourth plurality of LEDs*]



An on-board Color Temperature and Light Output Selector provides on-site adjustability. Color Temperature can be set at 3000K, 3500K or 4000K. The Light Output Selector offers 7 preset levels for Direct Fixtures: 100% full brightness, 93%, 80%, 67%, 53%, 40%, and 0% Off. The Direct/Indirect fixtures have 7 preset levels for Downlighting/Uplighting: 100% Downlight/0% Uplight, 70% Downlight/30% Uplight, 60%/40%, 50%/50%, 40%/60%, 30%/70%, and 0% Downlight/100% Uplight. These settings can be changed anytime.

Ex. 2 at 3.

29. Upon information and belief, each of the Accused Jesco Products includes each of the limitations of claim 1 of the '302 patent, as shown above.

30. In addition, on information and belief, Jesco has actively induced infringement of the '302 patent by its customers under 35 U.S.C. § 271(b). Jesco knowingly induces its customers to directly infringe, either literally or under the doctrine of equivalents, at least claims 1, 10, and 18 of the '302 patent. Jesco has been on notice of the '302 patent and on information and belief, its infringement of that patent, before the filing of this Complaint and since no later than the time of

AGS Lighting's October 31, 2023 letter. *See* Ex. 7. Jesco directs, instructs, and supports its customers, for using the Accused Jesco Products through personal sales, videos, and the installation guide shown above. Jesco knew or was willfully blind to the fact that its conduct would induce its customers to act in a manner that infringes the '302 patent in violation of 35 U.S.C. § 271(a). As shown above, Jesco documentation and videos direct users to connect the Accused Jesco Products together in modular arrangements. And Jesco documentation and videos direct users to deliver different amounts of current to the LED arrays of the Accused Jesco Products by adjusting one or both of the brightness and/or color temperature of the Accused Jesco Products.

31. As a result of Jesco's unlawful infringement of the '302 patent, AGS Lighting has suffered and will continue to suffer damage. AGS Lighting is entitled to recover from Jesco the damages suffered by AGS Lighting as a result of Jesco's unlawful acts.

32. AGS Lighting has satisfied the requirements of 35 USC § 287 at least by providing Jesco with actual notice of Jesco's infringement of the '302 patent and Jesco continued its infringement thereafter.

33. Jesco was aware of and has been on notice of the '302 patent and on information and belief, its infringement of that patent before the filing of this Complaint, and its infringement has been willful and egregious. Jesco has been aware of the '302 patent since no later than AGS Lighting's letter dated October 31, 2023. *See* Ex. 7.

34. Because of Jesco's willful and egregious infringement, AGS Lighting is entitled to enhanced damages, in the form of treble damages, under 35 U.S.C. § 284.

35. Further, this action is "exceptional" within the meaning of 35 U.S.C. § 285, entitling AGS Lighting to its attorneys' fees and expenses.

36. On information and belief, Jesco intends to continue its unlawful infringing activity, and AGS Lighting will suffer irreparable harm for which there is no adequate remedy at law unless this court enjoins Jesco from further infringing activity.

## INJUNCTIVE RELIEF

37. AGS Lighting re-alleges and incorporates the preceding paragraphs as if stated fully herein.

38. AGS Lighting requests injunctive relief, including a permanent injunction against Jesco.

## JURY DEMAND

39. AGS Lighting hereby demands a trial by jury as to all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, AGS Lighting prays for judgment in its favor and against Jesco as follows:

   a. A judgment that Jesco infringes the '302 patent.

   b. An award of damages adequate to compensate for the infringements, but in no event less than a reasonable royalty made for use of the inventions of the '302 patent, together with interest and costs as determined by the Court;

   c. An award of enhanced damages under 35 U.S.C. § 284, in the form of treble damages;

   d. An award of on-going royalties for any continuing or future infringement of the claims of the '302 patent;

   e. An award of Plaintiff's reasonable attorneys' fees, costs, and expenses pursuant to 35 U.S.C. §§ 284 and 285 or as otherwise permitted by law;

   f. An injunction against Defendant prohibiting Defendant and its officers, agents, servants, employees, and all persons acting in concert with them, from directly or indirectly: (1) using, manufacturing, offering to sell or selling any products falling

within the scope of the claims of the '302 patent; (2) actively inducing others to infringe any of the claims of the '302 patent; and (3) engaging in all other acts of infringement of any of the claims of the '302 patent;

g. Such other and further relief at law or in equity as the Court determines is just and proper.

|  |  |
|---|---|
| OF COUNSEL:<br>Kevin E. Cadwell<br>Lisa M. Thomas<br>Brad S. Bowling<br>CADWELL CLONTS REEDER & THOMAS LLP<br>5373 W. Alabama St., Suite 457<br>Houston, TX 77056<br>(713) 360-1560<br><br>Dated: February 4, 2025 | */s/ Lindsey M. Gellar*<br>Andrew E. Russell (No. 5382)<br>Lindsey M. Gellar (No. 7202)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>arussell@shawkeller.com<br>lgellar@shawkeller.com<br>*Attorneys for Plaintiff AGS Lighting Management LLC* |