# EXHIBIT 7

# AGS LIGHTING MANAGEMENT, LLC

**Address**
14701 Saint Mary's Lane, Suite 625
Houston, Texas 77079

**Office**
832.230.3165

October 31, 2023

Jesco Lighting Group LLC
15 Harbor Park Dr
Port Washington, NY 11050
Attention: Richard Kurtz, President and CEO

**Re: Notice of Patent Rights**

Dear Mr. Kurtz:

My name is Christina Lyons and I am Chief Legal Counsel for AGS Lighting Management, LLC, a limited liability company organized and existing under the laws of the State of Texas (the "**Company**"). Our Company owns U.S. Patent No. 11751302 (the "**Patent**") and several counterpart applications are on file in a number of countries outside of the United States.

It has come to our attention that your LIN product may be infringing upon our aforementioned patent rights, including but not limited to the Patent.

As you know, federal law prohibits the improper use by others of intellectual property. We trust that you will give our intellectual property the same respect as you require of your own. The Company would welcome the opportunity to enter into constructive discussions with your company to determine whether we can agree to a mutually acceptable nonexclusive licensing, or similar, arrangement. We are focused on addressing these issues without the need for costly and protracted litigation.

We are prepared to commence discussions with you or your representative at your earliest convenience to discuss basic licensing structures for your consideration. Again, our preferred approach is to conclude licensing discussions without resorting to litigation. We hope you share this objective.

We will keep this offer open until November 15, 2023. Please let me know when you would be available to meet. I can be reached via email at christina@lumato.com.

Thank you for your prompt attention to this matter and we look forward to hearing from you.

Best,

*Christina Lyons*

Christina Lyons