IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGS LIGHTING MANAGEMENT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 25-141 (MN) |
| ) | |
| JESCO LIGHTING GROUP, LLC, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

### DEFENDANT JESCO LIGHTING GROUP, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Jesco Lighting Group, LLC ("Defendant" or "Jesco") hereby moves to dismiss Plaintiff AGS Lighting Management LLC's Complaint (D.I. 1) for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendant's Opening Brief. A Proposed Order dismissing Plaintiff's Complaint is attached hereto.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | Jeremy A. Tigan (#5239) |
|  | Cameron P. Clark (#6647) |
| David C. Radulescu, Ph.D. | Benjamin Yenerall (#7132) |
| Etai Lahav | 1201 North Market Street |
| Bryon T. Wasserman | P.O. Box 1347 |
| RADULESCU LLP | Wilmington, DE  19899 |
| 5 Penn Plaza, 19th Floor | (302) 658-9200 |
| New York, NY  10001 | jtigan@morrisnichols.com |
| (646) 502-5950 | cclark@morrisnichols.com |
|  | byenerall@morrisnichols.com |
|  | *Attorneys for Defendant Jesco Lighting Group, LLC* |
| March 27, 2025 |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGS LIGHTING MANAGEMENT LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-141 (MN) |
| | ) |
| JESCO LIGHTING GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT**
**JESCO LIGHTING GROUP, LLC'S MOTION TO DISMISS**

The Court, having considered Defendant Jesco Lighting Group, LLC ("Defendant" or "Jesco") Motion to Dismiss (the "Motion") Plaintiff's complaint (D.I. 1), and all related filings, dismisses Plaintiff AGS Lighting Management LLC's Complaint.

IT IS HEREBY ORDERED THIS _____ day of _____, 2025, that the Motion is GRANTED.

_____
JUDGE MARYELLEN NOREIKA

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 27, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Andrew E. Russell<br>Lindsey M. Gellar<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff AGS Lighting Management LLC* | *VIA ELECTRONIC MAIL* |
| Kevin E. Cadwell<br>Lisa M. Thomas<br>Brad S. Bowling<br>CADWELL CLONTS REEDER & THOMAS LLP<br>5373 W. Alabama St., Suite 457<br>Houston, TX 77056<br>*Attorneys for Plaintiff AGS Lighting Management LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)