# EXHIBIT 1

**From:** Christina Lyons <christina@lumato.com>
**Sent:** Thursday, March 7, 2024 12:54:09 PM
**To:** David Radulescu <david@radip.com>
**Cc:** Peter DallePezze <peter@lumato.com>; Paulin Tham <paulin@jescolighting.com>; piana@fyiplaw.com <piana@fyiplaw.com>
**Subject:** Re: U.S. Patent 11,751,302/Jesco LIN Product

Thank you. We will confirm everyone's availability and send over a few options.
Christina
sent from mobile, pardon my brevity.

> On Mar 7, 2024, at 11:34 AM, David Radulescu <david@radip.com> wrote:
>
> Hi Peter & Christina— I believe we previously met at one of my LED lighting industry patent talks.  Hope you are both doing well.
>
> I have been engaged to represent Jesco going forward in connection with AGS Lighting Management, LLC's allegation that the Jesco LIN LED product infringes U.S. Patent No. 11,751,302.  (AGS Oct 31, 2023 letter to Jesco). I have reviewed the correspondence between the parties/counsel, the '302 patent, as well as the design/specification of the accused LIN product.  Can we set a time to discuss this matter at your convenience?  Please let me know what time works for you guys. I'd like to make sure Ms. Tham is available so that we can continue the prior discussions.
>
> Also, please confirm that AGS has not provided any claim chart showing how it believes its '302 patent reads on the Jesco LIN product.  A spec sheet for the Jesco LIN product is attached along with some photographs of one of the accused products that I have in my possession.  Given that it is my understanding the driver for the LIN product does not provide a plurality of output currents, can you please be prepared to discuss your allegation of infringement on our call, including the requirement that the accused product include a "driver circuit configured to output a . . . plurality of currents"?  If you believe it would be more efficient to provide a claim chart showing your theory of infringement, I'd be more than happy to consider the chart in advance of the meeting.
>
> Best regards,
>
> David C. Radulescu, Ph.D.
> Radulescu LLP | Partner
>
> 646-502-5951 Direct
> 646-502-5959 Fax
> 917-538-9871 Cell
> 5 Penn Plaza, 19th Floor
> New York, NY  10001
> david@radulescullp.com<mailto:david@radulescullp.com>
>
>
>