IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGS LIGHTING MANAGEMENT LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 25-141-MN |
| ) | |
| JESCO LIGHTING GROUP LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and subject to the approval of the Court, that the time for the parties to file a proposed protective order is extended through and including October 22, 2025.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Jeremy A. Tigan* |
| Andrew E. Russell (No. 5382) | Jeremy A. Tigan (No. 5239) |
| SHAW KELLER LLP | Cameron P. Clark (No. 6647) |
| I.M. Pei Building | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| 1105 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 298-0700 | Wilmington, DE 19899 |
| arussell@shawkeller.com | (302) 658-9200 |
| *Attorney for Plaintiff AGS Lighting Management LLC* | jtigan@morrisnichols.com |
| | cclark@morrisnichols.com |
| | *Attorneys for Jesco LightingGroup, LLC* |

Dated: October 15, 2025